O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    EDCV 08-00404-SGL(OPx)                                        Date:  January 6, 2009

Title:    UNITED STATES OF AMERICA -v- A 2006 FORD F150 SUPERCREW KING RANCH PICKUP TRUCK; $18,018.00 IN U.S. CURRENCY
==============================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | None Present |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                         None present

PROCEEDINGS:    (IN CHAMBERS)
CASE MANAGEMENT NOTICE SETTING DEADLINE FOR THE FILING OF RULE 55 (b) (2) MOTION FOR DEFAULT JUDGMENT

   The Court is in receipt of plaintiff's December 3, 2008, Application for Entry Of Default by clerk against the interest of Julio Cesar Ramirez and all other potential claimants.

   On December 3, 2008, the deputy clerk entered Default By Clerk as requested.

   The Court, sua sponte, ORDERS the deadline of <u>January 19, 2009</u>, for plaintiff to file a motion for default judgment by Court, pursuant to Rule 55(b)(2).

   IT IS SO ORDERED.