THOMAS O. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar Number 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
DEE R. EDGEWORTH
Special Assistant United States Attorney
California Bar Number 103302
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (909) 891-3301
    Facsimile: (909) 891-3626
    Email    dedgeworth@da.sbcounty.gov

Attorneys for Plaintiff
United States of America

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>A 2006 FORD F150 SUPERCREW KING<br>RANCH PICKUP TRUCK; $18,018.00<br>IN U.S. CURRENCY,<br><br>       Defendants.<br>_____<br>VANESSA GARCIA<br><br>       Claimant.<br>_____ | EDCV 08-00404 SGL (OPx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

1    By the signatures of their attorneys hereunder, plaintiff
2  United States of America and claimant Vanessa Garcia ("Garcia")
3  ask that this court enter this consent judgment as to the defendant
4  assets subject to this forfeiture complaint.

5    **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

6    1.   This court has jurisdiction over the parties to this
7  proposed consent judgment and the subject matter of this action.

8    2.   The defendant assets to be forfeited or returned are set
9  out immediately below.  To the extent that any asset or interest is
10 forfeited pursuant to this judgment, the United States shall
11 dispose of such asset or interest in accordance with law.

12       a.   A 2006 Ford F150 Supercrew King Ranch Pickup Truck
13            is hereby forfeited to the United States, subject to
14            a secured lien held by Ford Motor Credit Co., and no
15            other right, title or interest shall exist therein.

16       b.   $6,000.00 of the $18,018.00 in U.S. currency shall
17            be returned to claimant Vanessa Garcia and her
18            attorney Danuta W. Tuszynska, Esq., by check payable
19            to the Law Offices of Danuta W. Tuszynska and shall
20            be mailed to 7121 Magnolia Avenue, Riverside,
21            California 92504. The balance of the res consisting
22            of $12,018.00 is hereby forfeited to the United
23            States, and no other right, title or interest shall
24            exist therein.

25   3.   Claimant Vanessa Garcia hereby releases the United States
26 of America, its agencies, agents, and officers, including employees
27 and agents of the United States Drug Enforcement Administration,
28 from any and all claims, actions or liabilities arising out of or

related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on his behalf, whether pursuant to 28 U.S.C. § 2465 or otherwise.

4. Each party shall bear its own costs of litigation and attorney's fees. Each party waives its right to appeal. The parties agree that the Court's entry of this Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

5. The parties agree that the Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this settlement.

DATED: March 13, 2009

THE HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

**Consent of the Parties to this Consent Judgment**
**Appears on the Following Page**

3

1

2

**Approved as to form and content:**

3

4

DATED: _____, 2009

5

6                                    THOMAS P. O'BRIEN
                                     United States Attorney
                                     CHRISTINE C. EWELL
7                                    Assistant United States Attorney
                                     Chief, Criminal Division
8                                    STEVEN R. WELK
                                     Assistant United States Attorney
9                                    Chief, Asset Forfeiture Section

10

11                                   _____
                                     DEE R. EDGEWORTH
                                     Special Assistant United States Attorney
12                                   Asset Forfeiture Section

13                                   Attorneys for Plaintiff
                                     United States of America
14

15

DATED: _____, 2009

16

17

18                                   _____
                                     DANUTA W. TUSZYNSKA
19                                   Attorney for Claimant Vanessa Garcia

20

DATED: _____, 2009

21

22

23                                   _____
                                     VANESSA GARCIA
                                     Claimant
24

25

26

27

28

4