```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  DEE R. EDGEWORTH
    Assistant United States Attorney
 6  California Bar Number 103302
    Asset Forfeiture Section
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (909) 891-3301
 9       Facsimile: (909) 891-3626
         Email:     dedgeworth@da.sbcounty.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. ED CV 08-00404 SGL (OPx) |
| Plaintiff, | JUDGMENT AGAINST THE INTEREST OF JULIO CESAR RAMIREZ AND ALL OTHER POTENTIAL CLAIMANTS |
| v. | |
| A 2006 FORD F150 SUPERCREW KING RANCH PICK-UP TRUCK; $18,018.00 IN U.S. CURRENCY, | [NOTE: THIS JUDGMENT DOES NOT DISPOSE OF THE ENTIRE ACTION] |
| Defendants. | DATE: March 23, 2009<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 1 |
| VANESSA GARCIA | |
| Claimant | |

   This action arose out of a Complaint for Forfeiture filed on March 24, 2008 against the defendant 2006 Ford F150 Supercrew King Ranch Pick-Up Truck and $18,018.00 in U.S. Currency ("defendant property"). The Complaint alleges that the defendant

1

property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) & (6).

This Court, having granted plaintiff's Motion for Entry of Default Judgment, hereby ORDERS, ADJUDGES AND DECREES that:

1. Julio Cesar Ramirez, and all other potential claimants are deemed to have admitted the allegations of the Complaint to be true for purposes of this action;

2. All right, title and interest of Julio Cesar Ramirez, and all other potential claimants in the defendant property is hereby condemned and forfeited to the United States;

3. There being no just reason for delay, the clerk is hereby directed to enter this judgment, which constitutes a final judgment resolving this action. This Court retains jurisdiction over this matter to effectuate the terms of this Judgment.

SO ORDERED, April 9, 2009

_____
THE HON. STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

Presented by:

THOMAS P. O'BRIEN
United States Attorney

By: _____
    DEE R. EDGEWORTH
    Special Assistant United States Attorney

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

2